## CITY OF PROVIDENCE

### v.

### Gerald GORDON et ux.

### No. 81–228–M.P.

Supreme Court of Rhode Island.

April 27, 1981.

John Rotondi, Jr., Acting City Sol., Providence, for plaintiff.

Thomas A. Grasso, Pawtucket, for defendants.

### ORDER

Petition for writ of certiorari and Motion for stay are both denied.